**Theodore R. ARTHUR, Petitioner,**

v.

### SOCIAL SECURITY ADMINISTRATION, Respondent.

No. 2006–3285.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2006.

Theodore R. Arthur, pro se.

### ORDER

On June 28, 2006 the court issued a letter allowing 21 days for Theodore R. Arthur ("Arthur") to respond to the issue of jurisdiction. Arthur has not responded within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.